# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JUSTIN KILLOUGH**                                                                           **PLAINTIFF**
**#15683**

v.                       Case No: 3:24-cv-00061-LPR

**KEVIN MOLDER, et al.**                                                         **DEFENDANTS**

## ORDER

Plaintiff Justin Killough was an inmate at the Poinsett County Detention Center when he initiated his *pro se* § 1983 complaint.[1] *Pro se* plaintiffs must comply with the Federal Rules of Civil Procedure as well as Local Rules for the Eastern District of Arkansas. In particular, Local Rule 5.5(c)(2) sets forth requirements for plaintiffs who are not represented by a lawyer:

1. Plaintiff must promptly notify the Clerk and the other parties in the case of any change in address. If Plaintiff does not keep the Court informed as to his current address, the lawsuit can be dismissed.

2. Plaintiff must monitor the progress of the case and prosecute the case diligently.

3. Plaintiff must sign all pleadings and other papers filed with the Court, and each paper filed must include Plaintiff's current address.

4. If Plaintiff fails to timely respond to a Court Order directing action on his or her part, the case may be dismissed.

A public records search reveals that on April 29, 2024, Mr. Killough pleaded guilty to second-degree terroristic threatening and was sentenced to twelve months' suspended imposition of sentence.[2] Although he was released from the Poinsett County Detention Center, Mr. Killough

---

[1] Compl. (Doc. 2).

[2] *See State v. Killough*, 56CR-24-169 (Poinsett County) (Docket Sheet) & (Sentencing Order).

has not notified the Clerk of his change in address.  Mr. Killough is directed to update his address with the Clerk within 30 days of the date of this Order and indicate to the Court if he wishes to proceed with this case.

Further, because Mr. Killough is no longer incarcerated, he must either pay the $405 filing fee or file a free-world application to proceed *in forma pauperis*.  The Court directs the Clerk to send Mr. Killough a free-world *in forma pauperis* application along with a copy of this Order.

Within 30 days of the date of this Order, Mr. Killough must (1) update his address and (2) either pay the $405.00 filing fee or file a free-world application to proceed *in forma pauperis* with the Court.  If Mr. Killough fails to comply with this Order within 30 days, the Court will dismiss his case without prejudice.[3]

IT IS SO ORDERED this 7th day of June 2024.

```
                                    _____
                                    LEE P. RUDOFSKY
                                    UNITED STATES DISTRICT JUDGE
```

---

[3] LOCAL RULE 5.5(c)(2).