# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JUSTIN KILLOUGH**                                                          **PLAINTIFF**
**#15683**

v.                               Case No: 3:24-cv-00061-LPR

**KEVIN MOLDER, et al.**                                                  **DEFENDANTS**

## ORDER

Plaintiff Justin Killough filed this action *pro se*.[1] On June 7, 2024, the Court issued an Order directing Mr. Killough, within thirty days of the Order, to update his address with the Clerk, to indicate whether he intends to proceed with the case, and, if so, to either pay the $405 filing fee or file a free-world application to proceed *in forma pauperis*.[2] The Court warned Mr. Killough that failure to respond to the Court's Order would result in the dismissal of his case.[3]

Mr. Killough has not complied with, or otherwise responded to, the Court's June 7th Order, and the time for doing so has expired.[4] Mr. Killough's Complaint (Doc. 2) is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 22nd day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 4).

[3] *Id.* at 2.

[4] The file-marked copy of the Court's Order that was mailed to Mr. Killough's last-known address has been returned to the Court as undeliverable. *See* Doc. 6.